STATE v. CARTER

No. 1 PC.

Case below: 17 N.C. App. 234.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 March 1973.

STATE v. DIAZ

No. 154 PC.

Case below: 14 N.C. App. 730.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 March 1973.

STATE v. DOVER

No. 146 PC.

Case below: 17 N.C. App. 150.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 March 1973.

STATE v. FOREHAND

No. 17 PC.

Case below: 17 N.C. App. 287.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 March 1973.

STATE v. HARDY

No. 151 PC.

Case below: 17 N.C. App. 169.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 March 1973.